UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEIRDRE LEANE and IPNAV, LLC,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-3097-B |
| **UNIFIEDONLINE, INC. and CHANBOND, LLC,** | § § § § | |
| Defendants. | § | |

### ORDER

The TRO and preliminary injunction hearing is set for **WEDNESDAY, NOVEMBER 4, 2020, at 1:00 p.m.** In order to help ensure the health and safety of all case participants and court staff, the Court institutes the following protocols for the hearing:

1. During the hearing in courtroom 1516, all participants will wear gloves and either face shields or masks. Witnesses will wear face shields. The parties are responsible for providing face shields to their respective witnesses.

2. In private civil actions, the party requiring the services of an interpreter is responsible for retaining the interpreter and payment of the interpreter's compensation and expenses. *Guide to Judiciary Policy*, Vol. 5, Ch. 2 § 225.20. Additionally, the party retaining the interpreter is responsible for ensuring that enough equipment is available during the course of the hearing to protect the health and safety of the parties and/or witnesses for which translation is being provided.

3. Each side will be given **ONE HOUR** to present arguments, present exhibits, and call

        witnesses, if applicable.

4.     Each party must file with the Court, no later than **MONDAY, NOVEMBER 2, 2020**, a list of any witness it plans to call and copies of any exhibits it plans to present.

**SO ORDERED.**

**DATED: October 29, 2020.**

                                                _____
                                                JANE J. BOYLE
                                                UNITED STATES DISTRICT JUDGE