**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEIRDRE LEANE AND IPNAV, LLC ,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:20-cv-03097-B** |
| **v.** | § | |
| | § | |
| **UNIFIEDONLINE, INC and** | § | |
| **CHANBOND, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

---

**THE PARTIES' JOINT EXHIBIT LIST, AND PLAINTIFFS' EXHIBIT LIST**

---

Pursuant to the Court's *Order*, Doc. 27 at 2, Plaintiffs Deirdre Leane and IPNAV, LLC

(collectively, "Plaintiffs") hereby file and submit the *Parties' Joint Exhibit List, and Plaintiffs'*

*Exhibit List*, identifying documents that may be offered by the Parties and Plaintiffs, respectively,

at the November 4, 2020 TRO and preliminary injunction hearing:[1]

| JOINT EXHIBIT | DESCRIPTION | REFERENCE | PAGE NUMBERS |
|---|---|---|---|
| 1. | Original Verified Petition with Attachments | Joint Exhibit 1 | JOINT EX. 001- 085 |
| 2. | Arbitration Demand | Joint Exhibit 2 | JOINT EX. 086 - 155 |
| 3. | Patent Purchase Agreement and Exhibits | Joint Exhibit 3 | JOINT EX. 156 - 209 |
| 4. | Interest Sales Agreement and Exhibits | Joint Exhibit 4 | JOINT EX. 210 - 244 |
| 5. | Advisory Services Agreement ("ASA") and Exhibits | Joint Exhibit 5 | JOINT EX. 245 - 257 |
| 6. | Termination Agreement | Joint Exhibit 6 | JOINT EX. 258 |
| 7. | 10-28-2015 Watkins email with attachment | Joint Exhibit 7 | JOINT EX. 259 - 285 |
| 8. | 1-8-2020 to 2-17-2020 Text Messages | Joint Exhibit 8 | JOINT EX. 286 - 288 |

---

[1] Plaintiffs and Defendants' counsel conferred regarding Joint Exhibits 1-9.  Defendants' counsel stipulated to the admission of these exhibits with the following clarification: Defendants' counsel does not agree to the admission of Joint Exhibits 1-2 for the truth thereof.

| JOINT EXHIBIT | DESCRIPTION | REFERENCE | PAGE NUMBERS |
|---|---|---|---|
| 9. | Carter-Woung email | Joint Exhibit 9 | JOINT EX. 289 - 290 |

| PLAINTIFFS' EXHIBIT | DESCRIPTION | REFERENCE | PAGE NUMBERS |
|---|---|---|---|
| 1. | 4-30-2018 Text Messages | Plaintiffs' Exhibit 1 | PLAINTIFFS' EX. 001 |
| 2. | 10-4-2019 Text Messages | Plaintiffs' Exhibit 2 | PLAINTIFFS' EX. 002 |
| 3. | 10-16-2019 Text Messages | Plaintiffs' Exhibit 3 | PLAINTIFFS' EX. 003 |
| 4. | 10-23-2019 Text Messages | Plaintiffs' Exhibit 4 | PLAINTIFFS' EX. 004 |
| 5. | 10-24-19 Text Messages | Plaintiffs' Exhibit 5 | PLAINTIFFS' EX. 005 - 006 |
| 6. | Waterfall email with Attachments | Plaintiffs' Exhibit 6 | PLAINTIFFS' EX. 007 - 008 |
| 7. | 9-13-2017 email with ASA attached | Plaintiffs' Exhibit 7 | PLAINTIFFS' EX. 009 - 026 |
| 8. | Vandewegh Check | Plaintiffs' Exhibit 8 | PLAINTIFFS' EX. 027 |
| 9. | Carter Deposition Transcript | Plaintiffs' Exhibit 9 | PLAINTIFFS' EX. 028 - 087 |
| 10. | 10-8-2020 email to Carter | Plaintiffs' Exhibit 10 | PLAINTIFFS' EX. 088 |

[INTENTIONALLY LEFT BLANK]

Respectfully submitted,

*/s/ J. Sean Lemoine*
J. Sean Lemoine
Texas State Bar No. 24027443
sean.lemoine@wickphillips.com

**WICK PHILLIPS, LLP**
3131 McKinney Ave., Suite 100
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255

-and-

Akiva M. Cohen
*Pro Hac Vice*
aochen@kusklaw.com

Kamerman, Uncyk, Soniker & Klein PC
1700 Broadway
New York, NY 10019
Telephone: 212-400-4390
Facsimile: 866-221-6122

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

On  November 2, 2020, a conference was held between Akiva M. Cohen (counsel for the

Plaintiffs) and Linda Stahl (counsel for the Defendants).  Defendants consent to admission of Joint

Exhibits 1-9 above, with the clarifications noted in footnote 1.

*/s/ J. Sean Lemoine*
J. Sean Lemoine

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing

documents was served through the Court's CM/ECF System on all counsel of record.

*/s/ J. Sean Lemoine*
J. Sean Lemoine

3