IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| DIERDRE LEANE and IPNAV, LLC, | § | |
|---|---|---|
| *Plaintiffs* | § § § | |
| v. | § § | Civil Action No. 3:20-cv-3097-B |
| UNIFIEDONLINE, INC. and CHANBOND, LLC, | § § § § | |
| *Defendants*. | § | |

## DEFENDANTS' WITNESS LIST

Defendants Unifiedonline, Inc. and ChanBond, LLC ("Defendants") hereby identify the witnesses they expect to call or may call live against Plaintiffs Dierdre Leane and IPNAV, LLC ("Plaintiffs") as follows:

| Witness | Organization/Address | Designation | | |
|---|---|---|---|---|
| | | Will Call Live | May Call Live | May Call By Depo |
| 1. Diedre Leane | | X | | |
| 2. William "Billy" Carter | | X | | |

Date:  November 2, 2020               Respectfully submitted,

/s/ Linda R. Stahl
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Courtney Barksdale Perez
Texas Bar No. 24061135
cperez@carterarnett.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterarnett.com

>Scott W. Breedlove
>Texas Bar No. 00790361
>sbreedlove@carterarnett.com
>Nathan Cox *(admission pending)*
>Texas Bar No. 24105751
>ncox@carterarnett.com
>
>**CARTER ARNETT PLLC**
>8150 N. Central Expressway, Suite 500
>Dallas, Texas 75206
>Telephone: (214) 550-8188
>Facsimile: (214) 550-8185
>
>ATTORNEYS FOR DEFENDANTS
>UNIFIEDONLINE, INC. and CHANBOND, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court using the Northern District of Texas CM/ECF System for filing and service on all counsel of record, in accordance with FED. R. CIV. P. 5(b)(2)(E), on November 2, 2020, as well as service by electronic mail.

**BY E-SERVICE AND/OR ELECTRONIC MAIL**

>*/s/ Linda R. Stahl*
>Linda R. Stahl