**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEIRDRE LEANE AND IPNAV, LLC ,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:20-cv-03097-B** |
| **v.** | § | |
| | § | |
| **UNIFIEDONLINE, INC and** | § | |
| **CHANBOND, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

---

## PLAINTIFFS' WITNESS LIST

---

Pursuant to the Court's *Order*, Doc. 27 at 2, Plaintiffs Deirdre Leane and IPNAV, LLC (collectively, "Plaintiffs") hereby file and submit this Witness List, identifying witnesses that may be called by the Plaintiffs at the November 4, 2020 TRO and preliminary injunction hearing:

1. Deirdre Leanne

2. William "Billy" Carter

Respectfully submitted,

*/s/ J. Sean Lemoine*
J. Sean Lemoine
Texas State Bar No. 24027443
sean.lemoine@wickphillips.com

**WICK PHILLIPS, LLP**
3131 McKinney Ave., Suite 100
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255

Akiva M. Cohen
*Pro Hac Vice*
aochen@kusklaw.com

Kamerman, Uncyk, Soniker & Klein PC
1700 Broadway
New York, NY 10019
Telephone: 212-400-4390
Facsimile: 866-221-6122

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing

documents was served through the Court's CM/ECF System on all counsel of record.

*/s/ J. Sean Lemoine*
J. Sean Lemoine